**ROWLEY CHAPMAN BARNEY & BUNTROCK, LTD.**
63 East Main Street, Suite 501
Mesa, Arizona  85201
Telephone    (480) 833-1113
Facsimile    (480) 833-1114
**Shane D. Buntrock – 019693** (buntrock@azlegal.com)
**Nathaniel H. Wadsworth – 024799** (wadsworth@azlegal.com)

**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona  85012
Telephone    (602) 532-5600
Facsimile    (602) 532-5700
**Rick N. Bryson – 010568** (rick.bryson@sandersparks.com)
**Michelle G. Breit – 021439** (michelle.breit@sandersparks.com)

*Attorneys for the Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| FIRETRACE USA, LLC, a Delaware corporation; and FIRETRACE AEROSPACE, LLC, a Delaware corporation, | Case No. CV-07-2001-PHX-ROS |
| | (*Assigned to the Hon. Roslyn O. Silver*) |
| Plaintiffs, | |
| *vs.* | **DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND NON-TAXABLE EXPENSES** |
| CANDICE JESCLARD, an individual; CANDICE JESCLARD, personal representative of the estate of Lawrence Jesclard; and HAZARD PROTECTION SYSTEMS, INC., an Alaska corporation, | |
| Defendants. | |

Defendants submit their Motion for Award of Attorneys' Fees and Non-Taxable Expenses pursuant to Fed.R.Civ.P. 54(d)(2) and LRCiv.P. 54.2.

This Court's Final Judgment dated March 24, 2011 and entered by the Clerk on March 25, 2011 ordered that judgment be entered in favor of Defendants on Plaintiffs' claims for trade secret misappropriation (Count 1); patent infringement (Count 2); tortious interference with contractual relationship or business expectancy (Count 3); breach of fiduciary duty and duty of loyalty (Count 5); breach of contract (Count 6); and unjust

enrichment (Count 8). The Final Judgment also acknowledged that Plaintiffs' remaining claims for unfair competition (Count 4) and conversion (Count 7), by stipulation of the Parties, were previously dismissed with prejudice.

Pursuant to the Confidentiality Non-Solicitation Non-Compete Agreement between Lawrence Jesclard and Firetrace Aerospace, LLC, the Defendants seek reimbursement of their attorneys' fees and expenses incurred in defending against Plaintiffs' claims. Defendants further seek reimbursement of their attorneys' fees and expenses pursuant to A.R.S. § 12-341.01(A) for Plaintiffs' claims arising from contract or interwoven with claims arising from contract. *See* A.R.S. § 12-341.01 (A) ("In any contested action arising out of a contract, express or implied, the court may award the successful party reasonable attorneys fees"); *see also* Merchant Transaction Systems, Inc. v. Nelcela, Inc, Slip Copy, 2011 WL 1045237, 2 (D.Ariz. 2011) (the prevailing party on a breach of contract claim may also recover attorneys' fees expended in litigating interwoven tort claims). Defendants further seek their fees and expenses for litigating the patent infringement claim pursuant to 35 U.S.C. § 285 ("The court in exceptional cases may award reasonable attorney fees to the prevailing party" in patent infringement litigation). Finally, Defendants seek recovery of attorneys' fees and costs pursuant to Rule 11, Fed.R.Civ.P.

At this time, the fair estimate of Defendants' attorneys' fees and related non-taxable expenses is $2,954,385.66. Defendants will submit a memorandum and all supporting materials in accordance with LRCiv.P. 54.2(b)(2).

DATED this 8th day of April, 2011.

**ROWLEY CHAPMAN BARNEY & BUNTROCK, LTD.**

 /s/ Shane D. Buntrock
Shane D. Buntrock, Esq.
Nathaniel H. Wadsworth, Esq.

 –and–

**SANDERS & PARKS, P.C.**
Rick N. Bryson, Esq.
Michelle G. Breit, Esq.

*Attorneys for the Defendants*

-2-

**E-FILED and a COPY TRANSMITTED
via CM/ECF on this 8th day of April,
2011, to:**

Lawrence G. Scarborough, Esq.
J. Alex Grimsley, Esq.
Jason K. Reed, Esq.
Catherine M. Lockard, Esq.
Megan I. Lennox, Esq.
BRYAN CAVE LLP
One Renaissance Square
Two North Central Avenue, Suite 2200
Phoenix, Arizona  85004-4406
*Attorneys for the Plaintiffs*

 /s/ Sarah Sue Hawkes
Sarah Sue Hawkes, Paralegal